**\*\*E-filed \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHODORA T. MANUEL, et al., | **No. C  11-0660 RS** |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| WORLD SAVINGS BANK, FSB, et al., | |
| Defendants. | |
| _____/ | |

On June 6, 2011, defendants' motion to dismiss the complaint in this action was granted. Plaintiffs, who no longer appeared to be prosecuting the matter, were given leave to amend but were advised that if no amended complaint were filed by June 30, 2011 this case would dismissed and the filed closed without further prior notice.  Plaintiffs did not thereafter file an amended complaint or any other document.  Accordingly, the action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.


Dated: _____07/07/2011_____

RICH_____
UNITE
Judge Richard Seeborg

1

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Rhodora T. Manuel
Federico S. Manuel, Jr.
4092 Barn Hollow Way
Antioch, CA 94509

DATED:

/s/ Chambers Staff
Chambers of Judge Richard Seeborg